```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  MATTHEW C. BOCKMON, Bar #161566
    Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5
    Attorney for Defendant
 6  FERNANDO GARFIAS-BARRIGAN
 7
                    IN THE UNITED STATES DISTRICT COURT
 8
                   FOR THE EASTERN DISTRICT OF CALIFORNIA
 9
10
11
    UNITED STATES OF AMERICA,      )  NO. 2:08-cr-00155-MCE
12                                 )
                  Plaintiff,       )  STIPULATION AND ORDER CONTINUING
13                                 )  STATUS CONFERENCE
         v.                        )
14                                 )
    FERNANDO GARFIAS-BARRIGAN,     )  Date: May 22, 2008
15                                 )  Time: 9:00 a.m.
                  Defendant.       )  Judge: Hon. Morrison C. England,
16                                 )         Jr.
    _____)
17
18
```

19      It is hereby stipulated and agreed to between the United States of

20 America through Kyle Reardon, Assistant United States Attorney, and

21 FERNANDO GARFIAS-BARRIGAN, by and through his counsel Matthew C.

22 Bockmon, Assistant Federal Defender, that the status conference

23 presently scheduled for May 8, 2007, be vacated and rescheduled for

24 status conference on May 22, at 9:00 a.m.

25      This continuance is being requested because of on-going defense

26 investigation and preparation and because counsel for defendant is in

27 the process of obtaining additional information needed to complete the

28 pre-plea presentence report.

1    IT IS FURTHER STIPULATED that the period from May 8, 2008, through
2 and including May 22, 2008, be excluded in computing the time within
3 which trial must commence under the Speedy Trial Act, pursuant to 18
4 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 for continuity and
5 preparation of counsel.

Dated: May 7, 2008

                                  Respectfully submitted,

                                  DANIEL J. BRODERICK
                                  Federal Defender

                                  /s/ Matthew C. Bockmon
                                  _____
                                  MATTHEW C. BOCKMON
                                  Assistant Federal Defender
                                  Attorney for Defendant
                                  FERNANDO GARFIAS-BARRIGAN

Dated: May 7, 2008

                                  MCGREGOR W. SCOTT
                                  United States Attorney

                                  /s/ Matthew C. Bockmon for
                                  _____
                                  KYLE REARDON
                                  Assistant U.S. Attorney
                                  per telephonic authority

**O R D E R**

IT IS SO ORDERED.

Dated: May 9, 2008

                                  _____
                                  MORRISON C. ENGLAND, JR.
                                  UNITED STATES DISTRICT JUDGE