McGREGOR W. SCOTT
United States Attorney
KYLE REARDON
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. 2:08-cr-00155 MCE |
| Plaintiff, | ) |
| v. | ) MOTION TO DISMISS INDICTMENT |
| FERNANDO GARFIAS-BARRIGAN, | ) and ORDER DISMISSING ) INDICTMENT |
| Defendant. | ) |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, Plaintiff, United States of America, by and through its undersigned attorney, asks the Court to file an order dismissing the indictment against Fernando Garfias-Barrigan, filed on April 3, 2008, in CR. No. S-08-0155 MCE.  On May 22, 2008, in the courtroom of Magistrate Judge Gregory G. Hollows, the defendant pleaded guilty to a superseding information charging a misdemeanor violation of 8 U.S.C. § 1325(a)(1) – illegal entry by an alien.

///

///

///

1

1  The defendant waived appeal and was sentenced to two months
2  imprisonment.

                                             Respectfully submitted,

                                             McGREGOR W. SCOTT
                                             United States Attorney

Date:                                   By:   */s/ Kyle Reardon*
                                             KYLE REARDON
                                             Assistant U.S. Attorney

                                             Attorneys for the Plaintiff
                                             UNITED STATES OF AMERICA

                                    **O R D E R**

APPROVED AND SO ORDERED.

Dated: June 2, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE